JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE LIGGINS,<br>    Plaintiff,<br><br>            v.<br><br>GMRI, INC., et al.,<br>    Defendants. | CV 18-9000 DSF (AFMx)<br><br>Order REMANDING Case to State Court |

    On December 11, 2018, the Court ordered the claims over which it had original jurisdiction to arbitration and stayed the sole remaining California Private Attorneys General Act claim. On February 28, 2020, the parties informed the Court that Plaintiff had dismissed the arbitration on November 20, 2019 and stipulated that the stay of the PAGA claim should be lifted.

    While the Court retains supplemental jurisdiction over the PAGA claim, it declines to exercise that jurisdiction. See 28 U.S.C. § 1367(c)(3). No litigation relating to the PAGA claim has occurred in this Court other than briefing regarding the right to a jury. The Court has entered no substantive orders in this case other than the order regarding arbitration. There is no reason for the PAGA claim to be litigated in federal court where there is no original jurisdiction.

The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: July 2, 2020

_____
Dale S. Fischer
United States District Judge